# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132823(48)

KEVIN SMITH,
        Plaintiff-Appellee,

v

LOUIE KHOURI, D.D.S., LOUIE KHOURI,
D.D.S., P.C., and ADVANCED DENTAL CARE
CLINIC, L.L.C.,
        Defendants-Appellants.

SC: 132823
COA: 262139
Oakland CC: 2003-047984-NH

_____

        On order of the Chief Justice the motion by defendants-appellant for extension to October 12, 2007 of the time for filing their brief is considered and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk